or a guest, is not made clear. The issues to be determined are not the same in each action and a decision in one would not be conclusive in either of the others. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

EMMETT D. PAGE, Appellant, v. OSCAR E. KONKLE, Respondent. (Action No. 1.) — Order granting defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

EMMETT D. PAGE, Appellant, v. OSCAR E. KONKLE, Respondent. (Action No. 2.) — Order granting defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

EMMETT D. PAGE, Appellant, v. OSCAR E. KONKLE, Respondent. (Action No. 3.) — Order granting defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

EMMETT D. PAGE, Appellant, v. OSCAR E. KONKLE and Others, Respondents. (Action No. 4.) — Order granting defendants' motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JANE POGODA, Respondent, v. THE SUPERINTENDENT OF THE WAYSIDE HOME FOR GIRLS, INC., VALLEY STREAM, LONG ISLAND, and the PEOPLE OF THE STATE OF NEW YORK, Appellants.— Order sustaining writ of habeas corpus and discharging relator from imprisonment reversed upon the law and the facts, writ dismissed, and relator remanded. We think that upon the complaint made in this case by the mother of the relator, charging her with habitual association with dissolute persons, and with a specific offense, the relator pleading guilty, the magistrate was justified in committing the relator to the Wayside Home in accordance with section 89 of the Inferior Criminal Courts Act * and sections 913-a, 913-b and 913-c of the Code of Criminal Procedure.† Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

FRANK RANIERI, Appellant, v. GAETANA PARLEGRECA and Others, Respondents.— Order denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

CARL SWENSON, Respondent, v. YELLOW TAXI CORPORATION, Appellant.— Order granting plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

BERTHA TEALE, Respondent, v. MANUFACTURERS BUILDING CO., INC., Appellant.— Order granting, conditionally, defendant's motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

GEORGE J. WAMSLEY, Appellant, v. ASHFORD PLUMBING COMPANY, INC., Respondent.— Order changing place of trial from Nassau to Kings county

---

* See Laws of 1910, chap. 659, § 89, subd. 1, as amd. by Laws of 1913, chap. 372.— [REP.

† Added by Laws of 1923, chap. 868, as amd. by Laws of 1925, chap. 389.— [REP.